**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jimmy D. HOWARD, a.k.a. JD,
Defendant–Appellant.**

**No. 12–10343
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 24, 2012.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Pamela C. Marsh, Karen E. Rhew–Miller, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Gwendolyn Louise Spivey, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Jimmy D. Howard, Coleman, FL, for Defendant–Appellant.

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Jimmy D. Howard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Howard's conviction and sentence are **AFFIRMED.**